Motion granted. This matter is hereby dismissed with prejudice. The status conference scheduled for 1/7/2025 is hereby cancelled.
/s/ John R. Adams
U.S. District Judge
1/7/2025

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SPENCER NEAL, | ) CASE NO. 5:23-cv-01019-JRA |
| *Plaintiff*, | ) JUDGE JOHN R. ADAMS |
| v. | ) |
| | ) **STIPULATED MOTION OF THE** |
| MGP LESSOR, LLC, *et al.*, | ) **PARTIES FOR AN ORDER OF** |
| | ) **DISMISSAL WITH PREJUDICE AS** |
| *Defendants*. | ) **TO ALL DEFENDANTS** |

Plaintiff Spencer Neal, and Defendants MGP Lessor, LLC and Northfield Park Associates, LLC, by and through the undersigned counsel, do hereby stipulate that all of Plaintiff's claims in this case against Defendants be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees, unless otherwise agreed to between the parties. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court may enter an Order accordingly, and retain jurisdiction to enforce the terms of the settlement under *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375 (1994).